1038

[No. 24005-0-II.  Division Two.  September 15, 2000.]

ERIC NOEL, *Appellant*, v. SANDRA A. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 97-2-00054-0, Tom Reynolds, J., entered October 15, 1998. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J.; Morgan, J., dissenting.

[No. 25173-6-II.  Division Two.  September 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK WILLIAM COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00289-4, Richard L. Brosey, J., entered September 10, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 24677-5-II.  Division Two.  September 15, 2000.]

DALE POLLARD, *Idividually and as Parent and Legal Guardian, Appellant*, v. JOSEPH M. HORAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-07522-3, Terry D. Sebring, J., entered April 30, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, J., and Foscue, J. Pro Tem.

[No. 24660-1-II.  Division Two.  September 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DAVID THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00164-5, Don L. McCulloch, J., entered April 8, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.